NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1170, -1171

CA 02-343T

ARENDI U.S.A., INC.
and ARENDI HOLDING LIMITED,

Plaintiffs-Appellants,

v.

MICROSOFT CORPORATION,

Defendant-Cross Appellant.

## Judgment

ON APPEAL from the UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In CASE NO(S). 02-CV-343

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 8 2006

JAN HORBALY
CLERK

Per Curiam: (MAYER, SCHALL, and PROST, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED FEB - 8 2006

Jan Horbaly, Clerk

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
FEB 10 2006
Property of U.S. District Court
District of Rhode Island

## NOTICE OF ENTRY OF JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 02/08/06

The attached *opinion* announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and petitions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Costs are taxed against the Appellant(s) under Rule 39. The party entitled to costs is provided a bill of costs form and an instruction sheet with this notice.

The parties are encouraged to stipulate to the costs. A bill of costs will be presumed correct in the absence of a timely filed objection.

Costs are payable to the party awarded costs. If costs are awarded to the government, they should be paid to the Treasurer of the United States. Where costs are awarded against the government, payment should be made to the person(s) designated under the governing statutes, the court's orders, and the parties' written settlement agreements. In cases between private parties, payment should be made to counsel for the party awarded costs or, if the party is not represented by counsel, to the party pro se. Payment of costs should not be sent to the court. Costs should be paid promptly.

If the court also imposed monetary sanctions, they are payable to the opposing party unless the court's opinion provides otherwise. Sanctions should be paid in the same way as costs.

Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.

JAN HORBALY
Clerk

cc: RONALD A. SCHMIDT
LINDSAY WILLIAMS

CONTRERAS V US, 2005-5108
CFC - 04-CV-941