FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 3 2006

JAN HORBALY
CLERK

RECEIVED
FEB 2 3 2006
United States Court of Appeals
For The Federal Circuit

**BILL OF COSTS**

Docket No(s): 05-1170, -1171

Caption: Arendi U.S.A. Inc. and Arendi Holding Limited v. Microsoft Corporation

The Clerk is requested to tax the following costs against: Arendi U.S.A. Inc. and Arendi Holding Limited

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | N/A | | | | | |
| Table of Designated Materials (original) | N/A | | | | | |
| Table of Compilation of Designated Materials (copying and collating) | N/A | | | | | |
| Brief (original) | 1 | 61 | $0.08 x 61 = $4.88 | $6.00 x 61 = $366 | $4.88 | 4.88 |
| Brief (cover and binding) | 18 | 61 | $235.00 | $2.00 x 18 = $36.00 | $ 36.00 | 36.10 |
| Brief (copying and collating) | 17 | 61 | $0.08 x 1037 = $82.96 | $0.08 x 1037 = $82.96 | $82.96 | 82.96 |
| Appendix (original – table of contents) | N/A | | | | | |
| Appendix (covers and binding) | N/A | | | | | |
| Appendix (copying and collating) | N/A | | | | | |
| Reply Brief (original) | 1 | 24 | $0.08 x 24 = $1.92 | $6.00 x 24 = $144 | $1.92 | 1.92 |
| Reply Brief (covers and binding) | 18 | 24 | $235.00 | $2.00 x 18 = $36.00 | $36.00 | 36.00 |
| Reply Brief (copying and collating) | 17 | 24 | $0.08 x 408 = $32.64 | $0.08 x 408 = $32.64 | $32.64 | 32.64 |
| Other (describe): | N/A | | | | | |
| GRAND TOTALS | | | $592.40 | $697.60 | $194.40 | 194.40 |

CU 3/1/06

I, Craig R. Smith, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.

Signature: [signature] Dated: 2/22/06

Attorney for: Defendant-Cross-Appellant Microsoft Corporation

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: [signature] Date: 3/1/06

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2006, two copies of the BILL OF COSTS OF THE DEFENDANT-CROSS APPELLANT were served by overnight mail on:

Donald R. Dunner
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P
901 New York Avenue, N.W.
Washington, D.C. 20001

Craig R. Smith

BLANCHARD PRESS, INC.
*Boston's Choice for Quality Printing & Design*

25 Drydock Avenue, 8th Floor
Boston, Massachusetts 02210

617.426.6690 T
617.951.2827 F

July 7, 2005

Sold To:

Fish & Richardson
Att: John Morrissey
225 Franklin Street
Boston, MA 02110

Customer No. 97

Your Order No.

Terms: Net Receipt of Invoice

Invoice No. 05-397

Covers and Binding
Arendi U.S.A. Inc. and
Arendi Holding Limited
V.
Microsoft Corporation

| | |
|---|---|
| | $235.00 |
| Sales Tax | $ 11.70 |
| | $246.75 |

Thank You For Your Business!

*Federal ID # 04-2324363*

*Overdue accounts are subject to 1.5% per month interest charge until paid.*

*(Equal to interest at the rate of 18% annum.)*

BLANCHARD PRESS, INC.
*Boston's Choice for Quality Printing & Design*

25 Drydock Avenue, 8th Floor
Boston, Massachusetts 02210

617.426.6690 T
617.951.2827 F

October 3, 2005

**Sold To:**

Fish & Richardson
Att: John Morrissey
225 Franklin Street
Boston, MA 02110

Customer No. 97

Your Order No.

Terms: Net Receipt of Invoice

Invoice No. 05-535

Covers & Binding
Arendi USA, Inc.
v.
Microsoft Crop.

| | |
|---|---|
| | $235.00 |
| Sales Tax | $ 11.75 |
| | $246.75 |

Thank You For Your Business!

*Federal ID # 04-2324363*

*Overdue accounts are subject to 1.5% per month interest charge until paid.*

*(Equal to interest at the rate of 18% annum.)*

**05-1170, -1171**

---

**United States Court of Appeals**
**For the Federal Circuit**

---

ARENDI U.S.A., INC.
and ARENDI HOLDING LIMITED,

PLAINTIFFS-APPELLANTS,

v.

MICROSOFT CORPORATION,

DEFENDANT-CROSS APPELLANT.

---

Appeal from the United States District Court for the District of Rhode Island
in case no. 02-CV-343, Judge Ernest C. Torres.

---

**BILL OF COSTS FOR DEFENDANT-CROSS APPELLANT**

---

Isabella Fu
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Frank E. Scherkenbach
Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jennifer K. Bush
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for*
*Defendant-Cross Appellant*

## CERTIFICATE OF INTEREST

Counsel for the Microsoft Corporation certifies the following:

1. The full name of every party represented by us is:

   Microsoft Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Microsoft Corporation

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us are:

   None

4. The names of all law firms and the partners or associates that appeared for the party now represented by us in the trial court or are expected to appear in this court are:

Frank E. Scherkenbach
Craig R. Smith
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jennifer K. Bush
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Patricia A. Sullivan
Mark A. Pogue
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

Isabella Fu
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329